SCHAFER AND WEINER, PLLC
Joseph K. Grekin (P52165)
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
Counsel for Pension Benefit
Guaranty Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| THE MCCLATCHY COMPANY, et al, | Case No. 20-10418 (MEW) |
| Debtors.[1] | (Joint Administration Pending) |

## NOTICE OF APPEARANCE
## AND REQUEST TO BE ADDED TO MATRIX

**PLEASE TAKE NOTICE** that Joseph K. Grekin of Schafer and Weiner, PLLC, enters his appearance as counsel for Creditor, Pension Benefit Guaranty Corp., in the above captioned bankruptcy case, and pursuant to Bankruptcy Rule 2002 requests that he be added to the matrix, and that copies of all notices given or requested to be given in this case and all papers served in this case be given and served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes without limitation, orders and notices of any application, motion, petition, pleadings, request, any plan, complaint or demand whether formal or informal, whether written or oral, and whether transferred or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects the Debtor or the property of the Debtor.

[Signature on following page]

---

[1] The last four digits of Debtor The McClatchy Company's tax identification number are 0478. Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://www.kccllc.net/McClatchy. The location of the Debtors' service address for purposes of these chapter 11 cases is 1200 Q Street, Sacramento, California 95816.

{00835699.1}

                                    Respectfully Submitted,

                                    SCHAFER AND WEINER, PLLC

                                    /s/Joseph K. Grekin
                                  JOSEPH K. GREKIN (P52165)
                                  Counsel for Creditor, Pension Benefit
                                  Guaranty Corp.
                                  40950 Woodward Avenue, Suite 100
                                  Bloomfield Hills, MI  48304  (248) 540-3340
Dated:  February 13, 2020          jgrekin@schaferandweiner.com

{00835699.1}